UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERLA BURSZTEIN,

                Plaintiff,

-against-

BEST BUY STORES, L.P. and BEST BUY CO., INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/30/2020_

20 Civ. 76 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

        On February 24, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by March 26, 2020. ECF No. 19. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint letter and proposed case management plan by **12:00 p.m.** on **April 1, 2020**.

        SO ORDERED.

Dated: March 30, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge