UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERLA BURSZTEIN,

                        Plaintiff,

-against-

BEST BUY STORES, L.P. and BEST BUY CO., INC.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2020_

20 Civ. 76 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 2, 2020, the Court ordered the parties to submit a joint status report by August 11, 2020. ECF No. 24 ¶ 16. That submission is now overdue. Accordingly, it is hereby ORDERED that the parties shall submit their joint status report by **12:00 p.m.** on **August 17, 2020**.

    SO ORDERED.

Dated: August 14, 2020
       New York, New York

ANALISA TORRES
United States District Judge