```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/7/2021__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PERLA BURSZTEIN,

                          Plaintiff,

-against-

BEST BUY STORES, L.P. and BEST BUY CO., INC.,

                          Defendants.

20 Civ. 76 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters at ECF Nos. 40–41. Accordingly:

1. Defendants' request for a pre-motion conference is DENIED.
2. Defendants' request to file a motion for summary judgment is GRANTED;
3. By **January 28, 2021**, Defendants shall file their motion for summary judgment;
4. By **February 18, 2021**, Plaintiff shall file her opposition; and
5. By **March 4, 2021**, Defendants shall file their reply, if any.

    The case management conference scheduled for February 16, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 7, 2021
         New York, New York

                                                  ANALISA TORRES
                                             United States District Judge