USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/26/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

PERLA BURSZTEIN,

                          Plaintiffs,

              -against-

BEST BUY STORE, L.P. and BEST BUY
CO., INC.,

                        Defendants.

-----------------------------------------------------------------X

**20-CV-0076 (AT) (KHP)**

**CASE MANAGEMENT ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This Initial Case Management Telephone Conference currently scheduled for

**Wednesday, January 27, 2021 at 11:00 a.m.** is hereby converted to a Case Management

Conference to discuss the pending sanctions motion.  The parties are not required to submit

any materials regarding discovery as previously ordered given that discovery in this case is now

closed.  Counsel is directed to call the court's telephone conference line at the scheduled time.

**Please dial (866) 434-5269, Access Code: 4858267.**

      **SO ORDERED.**

DATED:     New York, New York
            January 26, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge