UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEARLA BURSZTEIN,

                    Plaintiff,

-against-                                           20 **CIVIL** 76 (AT)

                                                                **<u>JUDGMENT</u>**

BEST BUY STORES, L.P. and BEST BUY CO.,
INC.,

                    Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 3, 2021, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        August 3, 2021

                                                                 **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                 **BY:**       *K. Mango*

                                                                      **Deputy Clerk**